# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BERNARD P. JOHNSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 1:18-CV-193 ACL |
| JASON LEWIS, | ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 21st day of August, 2018.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE